Case No. 17-6222

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CLIFTY PROPERTIES, LLC

    Plaintiff - Appellant

v.

THE CITY OF SOMERSET, PULASKI COUNTY, KENTUCKY; SOMERSET PLANNING AND ZONING BOARD; SOMERSET CITY COUNCIL

    Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                           **ENTERED PURSUANT TO RULE 33,**
                                           **RULES OF THE SIXTH CIRCUIT**
                                           Deborah S. Hunt, Clerk

Issued: January 08, 2018