UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:17-cv-00041-KKC

*ELECTRONICALLY FILED*

**CLIFTY PROPERTIES, LLC,**                                                               **PLAINTIFF,**

**v.**

**CITY OF SOMERSET, PULASKI COUNTY, KENTUCKY,
SOMERSET PLANNING AND ZONING BOARD,
and SOMERSET CITY COUNCIL ,**                                                  **DEFENDANTS.**

---

**PLAINTIFF, CLIFTY PROPERTIES, LLC'S
NOTICE OF SERVICE OF RULE 26(a)(2)
EXPERT WITNESS DISCLOSURE STATEMENT**

---

Plaintiff, Clifty Properties, LLC, by counsel, hereby gives notice that it has served its Disclosure Statement under Federal Rule of Civil Procedure 26(a)(2), to the following via U.S. Mail and email on this, the 31st day of May, 2018:

Charles D. Cole, Esq.
Derrick T. Wright, Esq.
M. Todd Osterloh, Esq.
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
ccole@sturgillturner.com
dwright@sturgillturner.com
tosterloh@sturgillturner.com

                                                    Respectfully Submitted,

                                                    /s/ Drayer B. Spurlock
                                                    Gary W. Napier

Drayer B. Spurlock
Napier and Associates, P.S.C.
300 West Fifth Street
P.O. Drawer 5087
London, Kentucky 40745-5087
(606) 864-2263
gnapier@napierlawoffice.com
dspurlock@napierlawoffice.com

And

Molly K. Hardy
HARDY LAW OFFICE, PLLC
250 Belmont Avenue, Suite 4
Somerset, Kentucky 42501
(606) 772-2888
molly.hardy11@gmail.com
*Counsel for Plaintiff,*
*Clifty Properties, LLC*

## CERTIFICATE OF SERVICE

    This is to certify that a true and accurate copy of the foregoing Notice of Filing was electronically filed using the Court's CM/ECF system, which shall serve all counsel of record on this the 31st day of May 2018.

By: /s/ Drayer B. Spurlock
Drayer B. Spurlock

26-1621/notice of service of rule 26(a)(2) expert disclosure statement-17-cv-41